UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OKLAHOMA WATER RESOURCES BOARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-12-275-G |
| UNITED STATES OF AMERICA et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In August 2016, the Court was advised that all issues in this litigation had been resolved. *See* Order of Aug. 12, 2016 (Doc. No. 92). The parties' settlement agreement was thereafter approved and ratified by Congress on December 16, 2016, and enacted into federal law, Pub. L. No. 114-332, § 3608(i)(1), 130 Stat. 1628, 1810. Both the settlement agreement and the subsequent federal legislation contain certain conditions precedent necessary for full enforceability of the settlement agreement.

Based on the Joint Status Report filed on December 31, 2018, in *Chickasaw Nation v. Fallin*, Case No. CIV-11-927-G, the Court is aware of the efforts of the parties in these two cases to meet the remaining conditions precedent.

Accordingly, the Court *sua sponte*

(1) CONTINUES the stay imposed in this action;

(2) DIRECTS the parties to file a joint report on or before May 31, 2019, and (a) to advise therein regarding satisfaction of the conditions precedent, (b) to suggest a date by

which all appropriate dispositive motions in conformance with the parties' settlement agreement are to be filed, and (c) to advise what further judicial action, if any, is necessary; and

(3) further DIRECTS counsel for Defendant United States of America to mail a copy of this Order to each individual and entity identified as respondent or defendant in the state court proceeding, if such individual or entity will not receive a copy of the Order through the Court's electronic filing system. *See* Joint Status Rep. Ex. 1 (Doc. No. 94-1).

IT IS SO ORDERED this 1st day of February, 2019.

*[signature]*
CHARLES B. GOODWIN
United States District Judge