UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **OKLAHOMA WATER RESOURCES BOARD,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Case No. CIV-12-275-G |
| **UNITED STATES OF AMERICA et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

### ORDER

In August 2016, the Court was advised that all issues in this litigation had been resolved. *See* Order of Aug. 12, 2016 (Doc. No. 92). The parties' settlement agreement was thereafter approved and ratified by Congress on December 16, 2016, and enacted into federal law, Pub. L. No. 114-332, § 3608(i)(1), 130 Stat. 1628, 1810. Both the settlement agreement and the subsequent federal legislation contain certain conditions precedent to full enforceability of the settlement agreement.

Now before the Court is the parties' Joint Status Report filed on April 15, 2020. *See* Doc. No. 108. In the Report, the parties have advised the Court of their continuing efforts to meet the remaining conditions precedent.

Upon review, the Court

(1) CONTINUES the stay imposed in this action;

(2) DIRECTS the parties to file a joint report on or before July 15, 2020, and (a) to advise therein regarding satisfaction of the conditions precedent, (b) to suggest a date by

which all appropriate dispositive motions in conformance with the parties' settlement agreement are to be filed, and (c) to advise what further judicial action, if any, is necessary; and

(3) further DIRECTS counsel for Defendant United States of America to mail a copy of this Order to each individual and entity identified as respondent or defendant in the referenced state-court proceeding, if such individual or entity will not receive a copy of the Order through the Court's electronic filing system. *See* Joint Status Rep. Ex. 1 (Doc. No. 94-1).

IT IS SO ORDERED this 25th day of June, 2020.

_____
CHARLES B. GOODWIN
United States District Judge